No. 29, Orig. TEXAS ET AL. *v.* COLORADO. Motion of the United States for leave to intervene as plaintiff granted. Joint motion of Texas, New Mexico, and Colorado for continuance granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. *Solicitor General Griswold* on the motion for the United States. *Crawford C. Martin,* Attorney General, for the State of Texas, *Boston E. Witt,* Attorney General, for the State of New Mexico, and *Duke W. Dunbar,* Attorney General, for the State of Colorado, on the joint motion. [For earlier orders herein, see, *e. g.,* 390 U. S. 933.]

No. 1281. KAUFMAN *v.* UNITED STATES. C. A. 8th Cir. (Certiorari granted, 390 U. S. 1002.) Motion of petitioner for appointment of counsel granted. It is ordered that *Bruce R. Jacob, Esquire,* of Atlanta, Georgia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 1424, Misc. HARRIS *v.* KROPP, WARDEN;
No. 1432, Misc. GRAVES *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;
No. 1467, Misc. HAMPSON *v.* ROBB, CLERK, U. S. DISTRICT COURT, ET AL.; and
No. 1504, Misc. RONAN *v.* STONE ET AL. Motions for leave to file petitions for writs of habeas corpus denied.